BENJAMIN B. WAGNER
United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:16-mj-00061-CKD |
|---|---|---|
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS |
| v. | ) | |
| ROBERT J. BACA, | ) | |
| Defendant. | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-mj-00061-CKD without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: March 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE